IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| ROBERT C. ELLIOTT, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) | FILE NO. 2:18-cv-00206-RWS |
| | ) | |
| COX ENTERPRISES, INC., as Plan | ) | |
| Administrator of the Cox Enterprises, Inc. | ) | |
| Long Term Disability Plan | ) | |
| | ) | |
| Defendant | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come plaintiff ROBERT ELLIOTT and defendant, COX ENTERPRISES,

INC., through their respective attorneys of record, and stipulate that the above-styled

action shall be and the same hereby is dismissed with prejudice pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear his/its own costs and expenses

of litigation.

This  16th  day of May, 2019.

*s/Michael J. Hofrichter*
Michael J. Hofrichter
Georgia Bar No. 359841
ROGERS, HOFRICHTER&
   KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)

*s/Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
WOMBLE BOND DICKINSON LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
(404)872-7000 (telephone)
(404)888-7490 (facsimile)

Attorneys for Plaintiff                          Attorneys for Defendant